John S. Pedersin, Respondent, v. Leonhard Michel Brewing Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Certification of questions is unnecessary. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. E. De Motte Lyon, Relator, v. Thomas Nelson and Others, as Board of Trustees of the Village of Peekskill, and Albert E. Cruger, as Clerk of Said Village, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ. Settle order before Mr. Justice Stapleton.

The People of the State of New York ex rel. Josiah J. White, Relator, v. Hon. Norman S. Dike, a Judge of the County Court of the County of Kings, Respondent.— Motion denied. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Samuel Schwartz, Respondent, v. J. Willett Fox and Susan Fox, Appellants, Impleaded with Another, Defendant.— Motion denied, on condition that appellants perfect their appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Jessie C. Whitney, as Administratrix, etc., Respondent, v. Emma F Brenack and Another, Appellants, and Another, Defendant.— Motion granted, default opened, and defendants permitted to file a brief herein within ten days, on condition, however, that within five days they pay to the respondent the sum of $159.03 costs as taxed; otherwise, motion denied, with $10 costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Salvatore Amanna, Appellant, v. The Village of Mount Kisco, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Antonio Angrisani, Respondent, v. Andrew S. Cantoni, Appellant.— Judgment and order of the County Court of Queens county unanimously